IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MARLA KAY FRYER, | ) |
|         Plaintiff, | ) |
| v. | ) Case No. 23-00188-CV-W-BP |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security, | ) |
|         Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

__X__ **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Commissioner's unopposed Motion is GRANTED. Pursuant to sentence four of § 405(g), the Commissioner's final decision is REVERSED, and the case is REMANDED for further proceedings. On remand, the Commissioner shall reevaluate the medical opinions and other evidence in the Record and take any other action deemed appropriate.

September 6, 2023                                                      Paige Wymore-Wynn
Date                                                                   Clerk of Court

                                                                                                  /s/ Shauna Murphy-Carr
                                                                                                  (by) Deputy Clerk